UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAY G. KIMPEL,<br><br>                Plaintiff,<br><br>    v.<br><br>KING COUNTY JAIL, *et al*.,<br><br>                Defendants. | Case No. C15-1500-TSZ<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT<br>AND GRANTING PLAINTIFF LEAVE TO<br>AMEND |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, hereby finds and ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (docket no. 56) is GRANTED as to the three named defendants because plaintiff has not stated any claim upon which relief may be granted against these defendants.

(3) Plaintiff is granted leave to file an amended complaint which cures the deficiencies identified in Judge Donohue's Report and Recommendation. Any amended

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
AND GRANTING PLAINTIFF LEAVE
TO AMEND - 1

complaint must be submitted to the Court for review not later than **thirty (30) days** from the date on which this Order is entered.  Plaintiff is advised that if he elects to file an amended complaint, he must ensure that it conforms to the standards set forth in the Report and Recommendation. Plaintiff is further advised that if he fails to timely file an amended complaint, or if he fails to correct the deficiencies identified by the Court, this action will be dismissed with prejudice.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 23rd day of September, 2016.

_____
Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
AND GRANTING PLAINTIFF LEAVE
TO AMEND - 2